**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GARY EVERETT, SR.,

    Plaintiff,

v.                                            Case No. 06-CV-13751-DT

AKAL SECURITY, INC.,

    Defendant.
                                      /

**ORDER TEMPORARILY STAYING DISCOVERY AND SETTING DEADLINES**

On December 8, 2006, the court received "Defendant Akal Security, Inc.'s Motion for Leave to File Amended Answer and Affirmative Defenses." During a December 15, 2006 telephone conference, counsel for Defendant indicated that Defendant intended to file, and has already prepared, a motion to compel Plaintiff Gary Everett to add a necessary party, or, in the alternative, to dismiss. Counsel for Plaintiff stated that Plaintiff plans on opposing the motion. The court discussed with counsel the possibility of temporarily staying discovery while the motion is pending, and both parties agreed to the temporary suspension. Predicated on this discussion, and the representations of counsel, the court will also set dates for filing the motion, response and reply. Accordingly,

IT IS ORDERED that the court will TEMPORARILY STAY all discovery in this case during the pendency of Defendant's intended motion to compel or dismiss.

IT IS FURTHER ORDERED that Defendant will file its intended motion to compel or dismiss on **December 15, 2006**.

IT IS FURTHER ORDERED that Plaintiff will file a response on or before

**January 5, 2007**.

IT IS FURTHER ORDERED that Defendant file its reply, if any, on or before

**January 12, 2007**.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 15, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2006, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522